# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

Lamplighter Village Apartments LLLP, 1023 Grand Avenue LLC, 1708 and 1712 Grand Avenue LLC, 1947 Grand Avenue LLC, 231 Dayton Avenue LLC, 707 and 711 Grand Avenue LLC, Alton-SHN, LLC, Alton-NFLP, LLC, and Alton-HRG, LLC, Highland Ridge, LLLP, Lucas Goring, Madison LLC, Minnehaha Avenue Apartments, LLC, Oaks Union Depot LLC, Oxford Apartments LLC, Plaza, LLLP, Rockwood Place, LP, Wellington-NFLP, LLC, Wellington-PFP, LLC, Wellington-SHN, LLC, Woodstone Limited Partnership, and Yea Thao,

     Plaintiffs,

v.

CITY OF ST. PAUL,

     Defendant.

Civil Action No.: 21-cv-413 PAM/HB

**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

LEGAL\50949152\1

Plaintiffs hereby move the Court pursuant to Rule 65(a) of the Federal Rules of Civil Procedure, for an order granting a preliminary injunction set forth in the proposed preliminary injunction order served herewith.

Plaintiffs challenge the validity of St. Paul Ordinance 20-14 (the "Ordinance") as passed by Defendant as it effects an unconstitutional taking of Plaintiffs' property and interferes with Plaintiffs' fundamental property rights without substantive due process.

Plaintiffs submit that they meet the standards for a preliminary injunction, *i.e.,* they has probable success on the merits, they will be irreparably harmed, others will not be substantially harmed by the granting of a preliminary injunction, the public interest will be served by a preliminary injunction and there is no adequate remedy at law.

Because a preliminary injunction presents no monetary risks to Defendant, Plaintiffs requests either no bond, or that bond be set at $1.  Fed. R. Civ. P. 65(c).

Pursuant to Local Rule 7.1(a)(1)(A), Plaintiffs were unable to meet and confer prior to filing this motion, but will meet and confer with the opposing counsel as soon as they appear. At that time, Plaintiffs will supplement this motion with a meet-and-confer statement.

Said motion is based upon the Memorandum of Law, the Complaint, Declarations of Mark Jacobson, Lisa Moe, Chue Kue, Lucas Goring, Leanna Stefaniak, and all of the files, records and proceedings herein.

                              COZEN O'CONNOR

                              */s/ Mark Jacobson*
                              Mark Jacobson (#0188943)
                              E-mail: mjacobson@cozen.com
                              Steven Katkov (#0202769)
                              E-mail: skatkov@cozen.com
                              Cassandra M. Jacobsen (#0400120)
                              E-mail: cjacobsen@cozen.com
                              33 South Sixth Street, Suite 3800
                              Minneapolis, MN 55402
                              Telephone: 612.260.9000

                              Calli Padilla (PA #312102)
                              (*pro hac vice* admission pending)
                              E-mail: cpadilla@cozen.com
                              1650 Market Street, Suite 2800
                              Philadelphia, PA 19103
                              Telephone: 215-665-2000

                              *Attorneys for Plaintiffs*

Dated:   February 12, 2021