UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lamplighter Village Apartments                          Civ. No. 21-413 (PAM/HB)
LLP; 1023 Grand Avenue LLC;
1708 and 1712 Grand Avenue LLC;
1947 Grand Avenue LLC; 231
Dayton Avenue LLC; 707 and 711
Grand Avenue LLC; Alton-SHN,
LLC; Alton-NFLP, LLC; Alton-
HRG, LLC; Highland Ridge, LLLP;
Lucas Goring; Madison LLC;
Minnehaha Avenue Apartments,
LLC; Oaks Union Depot LLC;
Oxford Apartments LLC; Plaza,
LLLP; Rockwood Place, LP;
Wellington-NFLP, LLC; Wellington-
PFP, LLC; Wellington-SHN, LLC;
Woodstone Limited Partnership;
and Yea Thao;

                    Plaintiffs,

v.                                                                              **ORDER**

City of St. Paul,

                    Defendant.

_____

        This matter is before the Court on the parties' joint Motion to Dismiss.  (Docket

No. 80.)

        Accordingly, **IT IS HEREBY ORDERED that**:

        1.        The parties' joint Motion to Dismiss (Docket No. 80) is **GRANTED**;

        2.        This matter is **DISMISSED with prejudice**;

        3.        Should Defendant enact a new ordinance relating to landlords or tenants,

                  whether that ordinance is similar to or different from Defendant's Stable,

Accessible, Fair and Equitable Housing Ordinance that was at issue in this case and was rescinded by Defendant on June 23, 2021, the dismissal of this action shall not in any manner preclude Plaintiffs or anyone else from challenging the new ordinance through a legal action which incorporates the same legal claims made by Plaintiffs and/or different legal claims; and

4.    The dismissal of this action shall have no effect on Plaintiffs' pending Motion for attorney's fees and costs and an extension of time or on Defendant's right to challenge the Motion.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: <u>Wednesday, September 8, 2021</u>

*s/ Paul A. Magnuson*

Paul A. Magnuson
United States District Court Judge