UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Lamplighter Village Apartments LLLP, 1023 Grand Avenue LLC, 1708 and 1712 Grand Avenue LLC, 1947 Grand Avenue LLC, 231 Dayton Avenue LLC, 707 and 711 Grand Avenue LLC, Alton-SHN, LLC, Alton-NFLP, LLC, and Alton-HRG, LLC, Highland Ridge, LLLP, Lucas Goring, Madison LLC, Minnehaha Avenue Apartments, LLC, Oaks Union Depot LLC, Oxford Apartments LLC, Plaza, LLLP, Rockwood Place, LP, Wellington-NFLP, LLC, Wellington-PFP, LLC, Wellington-SHN, LLC, Woodstone Limited Partnership, and Yea Thao, | Civil Action No.: 21-cv-413 (PAM/HB) **[PROPOSED] ORDER GRANTING PLAINTIFFS' SECOND MOTION FOR ATTORNEYS' FEES AND COSTS** |

Plaintiffs,

v.

City of Saint Paul,

Defendant.

---

AND NOW, this ____ day of _____, 2021, upon consideration of Plaintiffs' Second Motion for Attorneys' Fees and Costs, and any opposition thereto, and upon good cause shown, it is hereby ORDERED as follows:

1. Plaintiffs' Second Motion for Attorneys' Fees and Costs is GRANTED;

2. Defendant shall pay Plaintiffs $295,832.60 in attorneys' fees and costs within 30 days of this Order.

BY THE COURT:

_____
Paul A. Magnuson
United States District Judge